No. 219.   TYRELL ET AL. *v.* BERDECIA, 375 U. S. 881;

No. 479.   BECK *v.* UNITED STATES, 375 U. S. 972;

No. 506.   FRANK ADAMS & CO. ET AL. *v.* UNITED STATES ET AL., 375 U. S. 215;

No. 531.   COOPER *v.* UNITED STATES, 375 U. S. 964;

No. 538.   G. L. CHRISTIAN & ASSOCIATES *v.* UNITED STATES, 375 U. S. 954;

No. 598.   PEORIA & PEKIN UNION RAILWAY CO. ET AL. *v.* CHICAGO & NORTH WESTERN RAILWAY CO., 375 U. S. 969;

No. 616.   CHICAGO METALLIC MANUFACTURING CO. *v.* EKCO PRODUCTS CO., INC., 375 U. S. 970;

No. 528, Misc.   OPPENHEIMER *v.* CALIFORNIA, 375 U. S. 975;

No. 653, Misc.   SMITH *v.* UNITED STATES, 375 U. S. 988;

No. 693, Misc.   PEPPENTENZZA *v.* RHAY, PENITENTIARY SUPERINTENDENT, 375 U. S. 959; and

No. 704, Misc.   MAHURIN *v.* MISSOURI, 375 U. S. 977. Petitions for rehearing denied.

No. 342.   ALKER ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORP. ET AL., 375 U. S. 880, 949.   Motion for leave to file a second petition for rehearing denied.

FEBRUARY 24, 1964.

No. 936, Misc.   HALL *v.* EL PASO COUNTY ATTORNEY;

No. 937, Misc.   GLESMANN ET AL. *v.* SIGLER, WARDEN;

No. 938, Misc.   HANSEN *v.* COFFEY, JUDGE;

No. 939, Misc.   CRUZ *v.* BETO, CORRECTIONS DIRECTOR; and

No. 959, Misc.   ALLEN *v.* JOHNSON, PRESIDING JUDGE. Motions for leave to file petitions for writs of mandamus denied.